# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case No.:** 24-10159

**Case Name:** KRISTI J. MUNRO
PATRICIA A. STOUT

**For Period Ending:** 06/30/2026

**Trustee Name:** (510120) Philip J. Montoya

**Date Filed (f) or Converted (c):** 02/21/2024 (f)

**§ 341(a) Meeting Date:** 03/22/2024

**Claims Bar Date:** 07/01/2024

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Formally Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1* | 130 Jesse James Rd, Edgewood, NM 87015, Bernalillo County (See Footnote) | 233,000.00 | 0.00 | | 20,000.00 | FA |
| 2 | 2015 Ford Explorer, 170000 miles | 8,000.00 | 0.00 | | 0.00 | FA |
| 3 | Coleman Latern 17B | 10,000.00 | 0.00 | | 0.00 | FA |
| 4 | General household goods (living room furniture, dining room furniture, propane stove, major appliances, bedroom furniture, outdoor furniture, pots and pans, lamps, linens) | 5,000.00 | 0.00 | | 0.00 | FA |
| 5 | iphone 15, galaxy 23s, chromebook, 42" color tv | 1,750.00 | 0.00 | | 0.00 | FA |
| 6 | Various artwork | 2,000.00 | 0.00 | | 0.00 | FA |
| 7 | telescope ($500); various camping gear ($1,000) | 1,500.00 | 0.00 | | 0.00 | FA |
| 8 | General clothing for two retired women (shirts, shoes, pants, bags, sleepwear, etc) | 250.00 | 0.00 | | 0.00 | FA |
| 9 | Costume jewelry (earrings, rings, necklaces, and bracelets) Wedding ring | 1,350.00 | 0.00 | | 0.00 | FA |
| 10 | 3 dogs | 1.00 | 1.00 | | 0.00 | FA |
| 11 | Cash | 20.00 | 0.00 | | 0.00 | FA |
| 12 | Checking account: Capital One | 1,000.00 | 0.00 | | 0.00 | FA |
| 13 | Checking account: Topline Credit Union | 5.00 | 0.00 | | 0.00 | FA |
| 14 | Savings account: Capital One | 1,200.00 | 0.00 | | 0.00 | FA |
| **14** | **Assets** **Totals** (Excluding unknown values) | **$265,076.00** | **$1.00** | | **$20,000.00** | **$0.00** |

RE PROP# 1      Objection to exemption settled

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

**Case No.:** 24-10159

**Case Name:** KRISTI J. MUNRO
PATRICIA A. STOUT

**For Period Ending:** 06/30/2026

**Trustee Name:** (510120) Philip J. Montoya

**Date Filed (f) or Converted (c):** 02/21/2024 (f)

**§ 341(a) Meeting Date:** 03/22/2024

**Claims Bar Date:** 07/01/2024

**Major Activities Affecting Case Closing:**

7-24-25 Settlement reached and funds received. Claims review.
5-16-24: Special counsel employed to pursue exemption objection.
7-29-26 - File TFR

**Initial Projected Date Of Final Report (TFR):**  06/30/2025

**Current Projected Date Of Final Report (TFR):**  10/31/2026

07/31/2026
_____
Date

/s/Philip J. Montoya
_____
Philip J. Montoya

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-1

| | | |
|---|---|---|
| Case No.: | 24-10159 | |
| Case Name: | KRISTI J. MUNRO | |
| | PATRICIA A. STOUT | |
| Taxpayer ID #: | **-***3323 | |
| For Period Ending: | 06/30/2026 | |

| | | |
|---|---|---|
| Trustee Name: | Philip J. Montoya (510120) | |
| Bank Name: | TriState Capital Bank | |
| Account #: | ******7214 Checking | |
| Blanket Bond (per case limit): | $2,257,000.00 | |
| Separate Bond (if applicable): | N/A | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/23/25 | {1} | Centric Title | Settlement payment per order Doc No 75 | 1110-000 | 20,000.00 | | 20,000.00 |
| 06/30/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.34 | 19,994.66 |
| 07/31/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 35.25 | 19,959.41 |
| 08/13/25 | 101 | International Sureties, Ltd. | Blanket bond payment | 2300-000 | | 14.74 | 19,944.67 |
| 08/21/25 | 102 | Gatton & Associates, PC | Payment per order Doc 79 | 3210-000 | | 11,000.00 | 8,944.67 |
| 08/21/25 | 103 | Askew Law Firm LLC | Payment per order Doc No 62 | | | 4,680.25 | 4,264.42 |
| | | Askew White LLC | Fees $4,267.50 | 3210-000 | | | |
| | | Askew White LLC | Expenses $412.75 | 3220-000 | | | |
| 08/29/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 29.15 | 4,235.27 |
| 09/30/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 12.24 | 4,223.03 |
| 10/31/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 6.99 | 4,216.04 |
| 11/28/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 6.08 | 4,209.96 |
| 12/31/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 7.64 | 4,202.32 |
| 01/30/26 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 6.73 | 4,195.59 |
| 02/27/26 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 6.27 | 4,189.32 |
| 03/31/26 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 7.16 | 4,182.16 |
| 04/30/26 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 6.70 | 4,175.46 |
| 05/29/26 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 6.46 | 4,169.00 |
| 06/30/26 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 7.12 | 4,161.88 |

| | Deposit | Disbursement | Account Balance |
|---|---|---|---|
| COLUMN TOTALS | 20,000.00 | 15,838.12 | $4,161.88 |
| Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| Subtotal | 20,000.00 | 15,838.12 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $20,000.00 | $15,838.12 | |

{ } Asset Reference(s)

! - transaction has not been cleared

# Form 2
# Cash Receipts And Disbursements Record

**Case No.:**  24-10159

**Case Name:**  KRISTI J. MUNRO
PATRICIA A. STOUT

**Taxpayer ID #:**  **-***3323

**For Period Ending:**  06/30/2026

**Trustee Name:**  Philip J. Montoya (510120)

**Bank Name:**  TriState Capital Bank

**Account #:**  ******7214 Checking

**Blanket Bond (per case limit):**  $2,257,000.00

**Separate Bond (if applicable):**  N/A

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******7214 Checking | $20,000.00 | $15,838.12 | $4,161.88 |
| | **$20,000.00** | **$15,838.12** | **$4,161.88** |